IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 3:17-CV-3321-D

2. Style of case: Joe Dishner, et al. v. Universal Health Services, Inc.

3. Nature of suit: Wrongful death

4. Method of ADR used:   Mediation   Mini-Trial   Summary Jury Trial

5. Date ADR session was held: June 22, 2018

6. Outcome of ADR *(Select one)*:

    Parties did not use my services.          Settled, in part, as a result of ADR.

    Settled as a result of ADR.                  Parties were unable to reach settlement.

    *(circled)* Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services).*   *dsh*

7. What was your TOTAL fee: $6,000.00

8. Duration of ADR: 5 hours, not including preparation     (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

    Joe Dishner, Plaintiff; Emma Dishner, Plaintiff; George Dishner, Plaintiff; Dean Gresham, Counsel for Plaintiffs; Stuart L. Cochran, Counsel for Plaintiffs; L. Kirstine Rogers, Counsel for Plaintiffs; Katherine Grosskopf, Counsel for Plaintiffs; Kara Rosenthal, Counsel for Defendant

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    *(signature)* Deborah Hankinson                              6/28/18
    Signature                                                             Date

    750 N. St. Paul St., Suite 1800, Dallas, Texas 75201     214.754.9190
    Address                                                                     Telephone

**Alternative Dispute Resolution Summary**

*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: Stuart L. Cochran
Firm: Steckler Gresham Cochran
Address: 12720 Hillcrest Road - Suite 1045
Dallas, Texas 75230
Phone: 972.387.4040

Name: L. Kirstine Rogers
Firm: Steckler Gresham Cochran
Address: 12720 Hillcrest Road - Suite 1045
Dallas, Texas 75230
Phone: 972.387.4040

Name: Katherine Grosskopf
Firm: Steckler Gresham Cochran
Address: 12720 Hillcrest Road - Suite 1045
Dallas, Texas 75230
Phone: 972.387.4040

Name: Kara Rosenthal
Firm: Wheeler Trigg O'Donnell LLP
Address: 370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Phone: 303.244.1800

Name: Dean Gresham
Firm: Steckler Gresham Cochran
Address: 12720 Hillcrest Road - Suite 1045
12720 Hillcrest Road - Suite 1045
Phone: 972.387.4040

Name:
Firm:
Address:

Phone:

Name:
Firm:
Address:

Phone:

Name:
Firm:
Address:

Phone: