UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE DISHNER, Individually and as Executor of The ESTATE OF RUTH ANNE MARDOCK, EMMA DISHNER and GEORGE DISHNER,<br><br>*Plaintiffs*,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES, INC.,<br><br>*Defendant.* | § § § § § § § § § § § § | Civil Action No.: 3:17-CV-3321-D |

**ORDER GRANTING EXTENSION OF MEDIATION DEADLINE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

After having considered the motion on file, responses thereto, and the applicable law, the Court finds that the Joint Motion to Extend Mediation Deadline should be GRANTED.

It is hereby ORDERED that the Joint Motion to Extend Mediation Deadline is extended to October 1, 2018.

Signed: July 2, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

Order Granting Joint Motion to Extend Mediation Deadline