UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOE DISHNER, Individually and as Executor of The ESTATE OF RUTH ANNE MARDOCK, EMMA DISHNER and GEORGE DISHNER,<br><br>*Plaintiffs*,<br><br>vs.<br><br>UNIVERSAL HEALTH SERVICES, INC.,<br><br>*Defendant*. | Civil Action No.: 3:17-CV-3321 |

**ORDER GRANTING SECOND JOINT MOTION FOR LEAVE TO CONTINUE MEDIATION DEADLINE**

After having considered the joint motion on file, to which the parties all agree to and jointly request the relief sought therein, as well as applicable law, the Court finds, for good cause appearing, that the Second Joint Motion For Leave To Continue Mediation Deadline is hereby GRANTED.

It is hereby ORDERED that the deadline to complete mediation is extended to November 16, 2018.

Signed: September 17, 2018

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE